FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 26 PM 4:01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PETER OVERTON (#79421)            CIVIL ACTION

versus                          NO. 05-0653

BURL CAIN, Warden              SECTION: E/1

### O R D E R

The Court, having now considered the petition, the applicable law, the Report and Recommendation of United States Magistrate Judge Sally Shushan, Plaintiff's response entitled "Traverse To The Commissioner's Report And Recommendation" which the Court will consider as Plaintiff's Objection to the aforementioned Report and Recommendation, hereby overrules said objections and approves the said Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff, Peter Overton's federal petition for habeas corpus relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 26th day of April, 2006.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge

Plaintiff
Counsel of record
Magistrate Judge Shushan

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____